JAMES R. FELTON, ESQ. (State Bar No. 138767)
jfelton@greenbass.com
JOHN R. YATES, ESQ. (State Bar No. 120344)
jyates@greenbass.com
GREENBERG & BASS LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436
Tel: (818) 382-6200 • Fax: (818) 986-6534

THOMAS J. VANDE SANDE, ESQ. (DC Bar No. 942896)
HALL & VANDE SANDE, LLC
tv@hvsllc.com
10220 River Road, Ste. 200
Potomac, Maryland 20854
Tel: (301) 983-2500 • Fax: (301) 983-2100

Attorneys for Plaintiffs
SATA GMBH & CO. KG and DAN-AM COMPANY, INC.

**JS-6**

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sata GmbH & Co. KG, a German corporation; DAN-AM Company, Inc. a Minnesota corporation<br><br>Plaintiffs,<br><br>v.<br><br>David Nakatsu, dba TP Distributors; R & B Supply Co., Inc., a California corporation; Toolparadise.com,, Inc., a California corporation; and Does 1 through 10,<br><br>Defendants. | CASE NO.: CV08-05650 ODW (AGRx)<br><br>JUDGMENT OF PERMANENT INJUNCTION |

Pursuant to the Stipulation to Entry of Permanent Injunction and Consent Judgment executed by Plaintiffs SATA GmbH & Co. KG ("SATA") and Dan-Am Company, Inc. ("Dan-Am"), and defendants David Nakatsu ("Nakatsu"), Toolparadise.com, Inc. ("Toolparadise"), and R & B Supply Company, Inc. ("R & B"), and filed with the Court, IT IS HEREBY ORDERED, ADJUDGED AND

DECREED that a Judgment of Permanent Injunction be entered against defendants Nakatsu, Toolparadise, and R & B, including the terms specified below.

1. Defendants Nakatsu, Toolparadise, and R & B and all of their successors, parents, subsidiaries, agents, assigns and all other entities or individuals controlled by, controlling, or acting in concert with any of the Defendants are hereby enjoined from engaging in or performing, directly or indirectly, and of the following acts, beginning on November 30, 2008 and continuing thereafter:

   (a) holding themselves out as, or in any way representing to, any person or entity that they are in any manner related to, affiliated with, or sponsored by SATA or by Dan-Am;

   (b) selling or offering for sale the SATA product line or any constituent product of the SATA product line by any means;

   (c) using in any manner or for any purpose any of the SATA trademark protected materials;

   (d) using any of the SATA copyright protected materials for the purpose of describing or promoting the sale of the SATA product line or any constituent product of the SATA product line;

   (e) offering or providing advice, recommendations or instruction in connection with the purchase, repair, use or misuse of the SATA product line or any constituent product of the SATA product line;

(f) obtaining or attempting to obtain from any third party, for the purpose of re-sale, the SATA product line or any constituent product of the SATA product line; and

(g) publishing or disseminating by any means all false or misleading statements relating to the SATA product line or any constituent product of the SATA product line.

(h) disparaging SATA, Dan-Am, SATA product distributors, or SATA's product line.

(i) transferring or seeking to transfer, by sale or other means, any business, materials or properties, including but not limited to websites, photos, text and promotional materials, referring or relating to SATA products, SATA, or Dan-Am.

2. The Court shall retain jurisdiction of this action for purposes of enforcement of this Judgment.

3. The clerk is directed to enter this Judgment forthwith without the necessity of any further order of this court.

DATED: December 15, 2008

_____
HONORABLE OTIS D. WRIGHT
UNITED STATES DISTRICT COURT